UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| BRENDA GLASS,<br><br>        Plaintiff,<br><br>    v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>        Defendant. | Case No. **1:20-cv-00283-CLC-CHS** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Brenda Glass and Defendant Portfolio Recovery Associates, LLC ("PRA") have settled all claims between them in this matter. The Parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty-five (45) days.

Plaintiff requests the Court vacate all deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. Respectfully submitted this 6th day of August 2021.

*s/ Christopher Kim Thompson, Esq.*
TN Bar No.015895
Thompson Law
4525 Hardin Pike, Suite 203
Nashville, TN 37205
Telephone No. 615-620-4329
E-mail: kim@thompsonslawoffice.com
*Counsel for Plaintiff Brenda Glass*

# CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter below:

Julie-Karel Elkin, Esq.
Erin P. McDaniel
Gordon Reese Scully Mansukhani, LLP
T: (615) 772-9018
E: jkelkin@grsm.com
E: emcdaniel@grsm.com

*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

                              **s/ Christopher Kim Thompson, Esq.**
                              TN Bar No.015895
                              Thompson Law
                              4525 Hardin Pike, Suite 203
                              Nashville, TN 37205
                              Telephone No. 615-620-4329
                              E-mail: kim@thompsonslawoffice.com
                              *Counsel for Plaintiff Brenda Glass*