# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

BRENDA GLASS,

        Plaintiff,

    v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

Case No. **1:20-cv-00283-CLC-CHS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(ii), Plaintiff, individually, and Portfolio Recovery Associates, LLC hereby stipulate and move that Plaintiff's claims against Portfolio Recovery Associates, LLC be DISMISSED WITH PREJDUICE.

Respectfully submitted this 24th day of August 2021.

*s/ Christopher Kim Thompson, Esq.*
TN Bar No.015895
Thompson Law
4525 Hardin Pike, Suite 203
Nashville, TN 37205
Telephone No. 615-620-4329
E-mail: kim@thompsonslawoffice.com

*Counsel for Plaintiff Brenda Glass*

*s/ Erin P. McDaniel*
Erin P. McDaniel
TN Bar No. 026569
Gordon Rees Scully Mansukhani, LLP
3401 Mallory Lane, Suite 120
Franklin, TN 37067
Telephone No. 615-772-9015
E-mail: emcdaniel@grsm.com

*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2021, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which will send notice of such filing to all attorneys of record

in this matter below:

Erin P. McDaniel
Gordon Reese Scully Mansukhani, LLP
T: 615-772-9015
E: emcdaniel@grsm.com

*Counsel for Defendant*
*Portfolio Recovery Associates, LLC*

<u>*s/ Christopher Kim Thompson, Esq.*</u>
TN Bar No.015895
Thompson Law
4525 Hardin Pike, Suite 203
Nashville, TN 37205
Telephone No. 615-620-4329
E-mail: kim@thompsonslawoffice.com
*Counsel for Plaintiff Brenda Glass*